## KELWOOD WHITE *v.* COMMISSIONER OF CORRECTION

The petitioner Kelwood White's petition for certification for appeal from the Appellate Court, 113 Conn. App. 903 (AC 29781), is denied.

*Del Atwell,* special public defender, in support of the petition.

*Rocco A. Chiarenza,* special deputy assistant state's attorney, in opposition.

Decided October 8, 2009